IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stratton, Timothy W | Case Number: 08 B 06514 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 3/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 16, 2008
Confirmed: June 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,318.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,232.33 |
| Trustee Fee: | | 85.67 |
| Other Funds: | | 0.00 |
| Totals: | 1,318.00 | 1,318.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 1,799.00 | 1,232.33 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Tidewater Credit Services | Secured | 1,008.57 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 22,168.06 | 0.00 |
| 6. | Ashley Murphy | Priority | 20,659.61 | 0.00 |
| 7. | Sallie Mae | Unsecured | 154.30 | 0.00 |
| 8. | Tidewater Credit Services | Unsecured | 1,599.81 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 398.17 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,100.52 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 5,620.04 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 643.56 | 0.00 |
| 13. | Founders Bank | Unsecured | 15,153.28 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 7,974.36 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 16. | John Czerwinski | Unsecured | | No Claim Filed |
| 17. | American Collections & Credit | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Sallie Mae | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | Sallie Mae | Unsecured | | No Claim Filed |
| | | | $ 78,529.28 | $ 1,232.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Stratton, Timothy W

Printed: 10/29/08

Case Number:  08 B 06514
Judge:  Goldgar, A. Benjamin
Filed:  3/19/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 85.67 |
| | $ 85.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

